UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADEKUNLE A. ONATOLU,

               Plaintiff,

-against-

UNIVERSAL LIFE PRODUCT,

               Defendant.

21-CV-2930 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 9, 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP), that is, without prepayment of fees, without first obtaining from the Court leave to file. *See Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015). Plaintiff files this new *pro se* case and seeks IFP status, but has not sought leave from the Court to file this action.[1] This action is therefore dismissed without prejudice because Plaintiff failed to comply with the July 9, 2015 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   April 19, 2021
             New York, New York

                                         /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                        Chief United States District Judge

---

[1] Plaintiff also attaches to his complaint a notice of motion, a declaration, a notice of appeal, and a motion for leave to proceed IFP on appeal. (ECF 2 at 8-18.) The Court need not address these documents as there is no prior order from which to appeal and in light of the dismissal of this action.